**Electronically Filed
Intermediate Court of Appeals
30684
02-DEC-2011
10:19 AM**

NO. 30684

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


In the Matter of the Guardianship of SC
(FC-G No. 09-1-024K)


APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Foley, J., for the court[1])

Upon consideration of the Stipulation to Dismiss Appeal signed by all the parties to the appeal and filed on November 30, 2011, within which the parties agree that the parties shall bear their respective costs on appeal, and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation to Dismiss Appeal is approved, this appeal is dismissed pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), and the parties shall bear their respective costs on appeal.

DATED:  Honolulu, Hawaiʻi, December 2, 2011.

Associate Judge

---

[1]  Considered by Nakamura, C.J., Foley and Ginoza, JJ.